# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 130.253.238.21 | 11/05/2012 05:17:10 | BD9418995FBB78D888D7208003B7A00DC6B6980D | University Of Denver | Colorado |
| 2 | 68.71.131.153 | 11/06/2012 04:20:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | WeHostWebSites.com | Colorado |
| 3 | 69.170.215.184 | 11/06/2012 09:26:25 | BD9418995FBB78D888D7208003B7A00DC6B6980D | JAB Wireless | Colorado |
| 4 | 67.177.202.64 | 11/06/2012 11:40:20 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 5 | 75.71.2.57 | 11/07/2012 09:13:58 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 6 | 198.45.218.26 | 11/08/2012 03:46:57 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Viasat Communications | Colorado |
| 7 | 71.218.153.51 | 11/08/2012 06:21:33 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 8 | 71.211.174.75 | 11/08/2012 08:31:07 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 9 | 63.224.85.141 | 11/08/2012 10:24:32 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 10 | 75.151.90.77 | 11/09/2012 12:13:02 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Business Communications | Colorado |
| 11 | 71.237.120.212 | 11/09/2012 01:20:21 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 12 | 67.190.127.124 | 11/09/2012 01:41:44 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 13 | 75.71.196.49 | 11/09/2012 03:34:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 14 | 71.56.208.162 | 11/09/2012 06:25:55 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 15 | 76.120.25.64 | 11/09/2012 12:13:56 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 16 | 71.237.32.100 | 11/09/2012 09:28:51 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 17 | 63.228.70.146 | 11/09/2012 10:10:31 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 18 | 174.16.211.65 | 11/10/2012 05:04:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 19 | 71.221.127.50 | 11/10/2012 05:13:29 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 20 | 67.165.238.72 | 11/10/2012 07:58:21 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 21 | 75.71.17.85 | 11/10/2012 10:20:03 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 22 | 98.245.24.178 | 11/10/2012 11:51:18 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 23 | 209.169.196.181 | 11/10/2012 12:58:16 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Baja Broadband | Colorado |
| 24 | 24.9.233.160 | 11/10/2012 05:44:26 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 25 | 184.96.239.87 | 11/10/2012 07:23:28 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 26 | 165.254.32.192 | 11/11/2012 12:37:10 | BD9418995FBB78D888D7208003B7A00DC6B6980D | NTT America - New York City | Colorado |
| 27 | 107.2.213.142 | 11/11/2012 02:01:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 28 | 107.2.164.80 | 11/11/2012 04:19:37 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 29 | 75.163.207.48 | 11/11/2012 04:23:05 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 30 | 75.166.147.63 | 11/11/2012 11:47:02 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 31 | 67.165.213.48 | 11/11/2012 07:08:17 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 71.211.167.218 | 11/11/2012 09:49:32 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 33 | 24.8.135.205 | 11/12/2012 02:15:48 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 34 | 67.176.7.0 | 11/12/2012 07:12:59 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 35 | 75.171.210.37 | 11/12/2012 08:33:00 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 36 | 24.9.40.48 | 11/12/2012 02:45:38 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 37 | 75.70.31.157 | 11/12/2012 10:02:23 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 38 | 75.70.7.186 | 11/13/2012 06:13:50 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 39 | 71.237.79.190 | 11/13/2012 10:09:37 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 40 | 66.129.57.97 | 11/13/2012 10:11:24 | BD9418995FBB78D888D7208003B7A00DC6B6980D | JAB Wireless | Colorado |
| 41 | 71.229.163.213 | 11/14/2012 10:13:25 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 42 | 65.128.18.172 | 11/14/2012 11:13:10 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 43 | 97.118.118.3 | 11/15/2012 02:15:58 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 44 | 71.212.205.54 | 11/15/2012 11:06:36 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 45 | 69.145.21.169 | 11/16/2012 03:57:22 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Bresnan Communications | Colorado |
| 46 | 24.8.34.193 | 11/16/2012 08:47:33 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 47 | 24.8.141.196 | 11/16/2012 05:40:41 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 48 | 174.24.126.165 | 11/16/2012 06:13:24 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 49 | 50.76.131.25 | 11/16/2012 09:06:52 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Business Communications | Colorado |
| 50 | 67.172.139.172 | 11/17/2012 12:32:52 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 51 | 71.56.248.58 | 11/18/2012 03:34:06 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 52 | 71.38.11.69 | 11/18/2012 11:37:48 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 53 | 174.24.99.96 | 11/19/2012 02:04:32 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 54 | 71.212.246.151 | 11/19/2012 02:34:29 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 55 | 174.22.138.87 | 11/19/2012 04:22:01 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 56 | 174.22.173.50 | 11/19/2012 07:49:31 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 57 | 71.38.14.55 | 11/20/2012 08:03:35 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 58 | 107.2.246.89 | 11/20/2012 08:44:05 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 59 | 75.171.205.182 | 11/20/2012 03:52:02 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 60 | 71.212.235.222 | 11/21/2012 07:16:59 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 61 | 71.56.206.104 | 11/21/2012 10:50:57 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 62 | 184.166.6.24 | 11/21/2012 01:22:42 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Bresnan Communications | Colorado |
| 63 | 98.245.105.199 | 11/22/2012 03:59:20 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 174.22.144.210 | 11/22/2012 07:12:34 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 65 | 24.9.243.112 | 11/22/2012 04:16:03 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 66 | 71.221.101.74 | 11/22/2012 04:57:36 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 67 | 67.190.112.3 | 11/23/2012 01:41:13 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 68 | 72.164.48.235 | 11/23/2012 08:20:35 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 69 | 98.127.236.50 | 11/24/2012 01:53:20 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Bresnan Communications | Colorado |
| 70 | 71.56.226.184 | 11/25/2012 06:08:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 71 | 98.245.93.160 | 11/25/2012 08:02:03 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 72 | 70.59.195.73 | 11/25/2012 11:05:36 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 73 | 98.245.88.171 | 11/26/2012 01:24:44 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 74 | 75.70.149.140 | 11/26/2012 03:08:53 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 75 | 75.71.222.183 | 11/26/2012 07:06:46 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 76 | 71.208.112.80 | 11/26/2012 08:10:02 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 77 | 75.70.14.134 | 11/27/2012 12:15:06 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 78 | 67.162.135.217 | 11/28/2012 12:37:48 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 79 | 98.245.144.197 | 11/28/2012 07:10:38 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 80 | 71.218.149.64 | 11/28/2012 08:54:16 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 81 | 71.215.87.32 | 11/28/2012 12:26:56 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 82 | 76.25.198.158 | 11/29/2012 01:26:08 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 83 | 67.176.97.46 | 11/29/2012 06:43:23 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 84 | 76.25.34.138 | 11/29/2012 10:32:03 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 85 | 75.166.198.102 | 11/30/2012 12:28:22 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 86 | 71.208.37.16 | 11/30/2012 04:25:15 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 87 | 67.164.225.176 | 11/30/2012 08:27:31 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 88 | 71.218.144.229 | 12/02/2012 04:13:41 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 89 | 97.122.71.51 | 12/02/2012 04:27:57 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 90 | 71.196.168.210 | 12/02/2012 11:36:41 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 91 | 65.128.7.8 | 12/03/2012 06:03:15 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 92 | 71.212.229.44 | 12/03/2012 07:11:53 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 93 | 208.123.139.231 | 12/05/2012 02:03:27 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Southeast Colorado Power Association | Colorado |
| 94 | 24.8.191.94 | 12/06/2012 12:06:05 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 95 | 71.56.192.21 | 12/06/2012 03:14:10 | BD9418995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 96 | 67.176.95.2 | 12/07/2012 05:22:05 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 97 | 50.134.133.33 | 12/07/2012 07:45:37 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 98 | 67.190.54.144 | 12/07/2012 05:48:22 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 99 | 71.196.208.214 | 12/08/2012 01:22:16 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 100 | 71.229.197.214 | 12/09/2012 04:03:05 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 101 | 72.175.12.99 | 12/09/2012 11:10:41 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Bresnan Communications | Colorado |
| 102 | 50.134.153.173 | 12/10/2012 08:31:11 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 103 | 174.51.225.144 | 12/11/2012 01:44:15 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Colorado |
| 104 | 65.102.252.31 | 12/11/2012 02:06:45 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |
| 105 | 75.166.102.70 | 12/11/2012 07:12:40 | BD94189955FBB78D888D7208003B7A00DC6B6980D | Century Link | Colorado |