**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3342-WJM-KLM

PHE, INC.,

    Plaintiff,

v.

JOHN DOE 1,

    Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

---

    This matter comes before the Court on the Plaintiff's Motion to Dismiss, filed February 26, 2013 (ECF No. 12).  The Court having reviewed the Motion hereby ORDERS as follows:

    The Plaintiff's Motion is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay their own attorney's fees and costs.

    Dated this 27th day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge